992

No. 95–5528. LEWIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5584. POSEY v. DALTON, SECRETARY OF THE NAVY. C. A. 11th Cir. Certiorari denied.

No. 95–5600. KELLY v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied.

No. 95–5649. SIAO-PAO v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 95–5736. DAVIS v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–5740. RISSLEY v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 95–5744. LOWERY v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 95–6015. McGINLEY v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 95–6044. ADAMS, INDIVIDUALLY AND AS NEXT FRIEND FOR ADAMS, A MINOR CHILD v. CITY OF FORT WORTH, TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 95–6045. BAKER v. LARRIMER & LARRIMER ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–6050. PERKINS v. LeCUREUX, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95–6051. CHOUDHARY v. VERMONT ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–6058. COLLINS v. OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–6068. HAMILTON v. MINNESOTA. Ct. App. Minn. Certiorari denied.